UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Nelson Ariel Umanzor-Chavez, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> Kristi Noem, *el al.*, ) <br> ) <br> *Respondents*. ) | Civ. No. 8:25-cv-01634-SAG |

**APPROVED**
/s/  July 18, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

**Joint Notice to the Court re: Briefing Schedule on
Amended Petition for Writ of Habeas Corpus**

Pursuant to the Court's Order of July 18, 2025 (Dkt. No. 15), the parties have met and conferred, and jointly propose the following briefing schedule on Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 12-2):

- Respondents will file their memorandum in opposition, and any additional evidence in support thereof, no later than Thursday, July 24, 2025, at 5:00 pm;

- Petitioner will file his reply memorandum, and any additional evidence in support thereof, no later than Friday, July 25, 2025, at 5:00 pm;

- Whereupon, the matter will be fully briefed and ready to be decided by the Court without further briefing, argument, or hearing.

*[Signatures on following page]*

Respectfully submitted,

<u>*//s// Simon Sandoval-Moshenberg*</u>              Date: July 18, 2025
Simon Y. Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
*Counsel for Petitioner*
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com


KELLY O. HAYES
UNITED STATES ATTORNEY

By:        <u>/s/</u>
           Molissa H. Farber (802255)
           Assistant United States Attorney
           36 S. Charles St., 4th Floor
           Baltimore, Maryland 21201
           410-209-4862
           Molissa.Farber@usdoj.gov

           *Counsel for Defendants*