## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NELSON ARIEL UMANZOR-CHAVEZ,** | * |
| | * |
| | * |
| **Petitioner,** | * |
| | * |
| **v.** | * **Civil Case No.: SAG-25-01634** |
| | * |
| **KRISTI NOEM, *et al.*,** | * |
| | * |
| **Respondents.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

### <u>ORDER</u>

The government was ordered, no later than Friday, August 8, 2025, to submit supplemental briefing regarding the current status of Mexico's willingness to accept third country removals, all efforts by the government to remove Petitioner to Mexico or any third country, and the current status of those efforts. Supplemental briefing has not been filed.

Accordingly, it is, hereby ORDERED by the United States District Court for the District of Maryland that the government show cause, on or before Friday, August 15, 2025, for its failure to comply with this Court's order of August 1, 2025, ECF 20.


Dated: August 11, 2025

_____
/s/
Stephanie A. Gallagher
United States District Judge