IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**NELSON ARIEL UMANZOR CHAVEZ**   \*

    v.   \*   **CIVIL CASE NO. SAG-25-01634**

**KRISTI NOEM, et al**   \*

\*\*\*\*\*\*\*\*\*

## ORDER

This Court has reviewed the parties' filings, ECF 22, 23. The government's filing and attached declaration, ECF 22-1, do not address "the current status of Mexico's willingness to accept third country removals," which is one category of information this Court ordered at ECF 20 and ECF 21. This Court reads the remainder of the government's response to indicate that it has not undertaken any active efforts to remove Petitioner to any other third country.

This Court again ORDERS that on or before August 25, 2025, the government advise the Court of "the current status of Mexico's willingness to accept third country removals." Declarations from local DHS officials who do not have direct information will be insufficient. Additionally, the government should advise if it has made any other efforts to remove Petitioner to any other third country.

August 18, 2025

                                                    /s/
                                      Stephanie A. Gallagher
                                      United States District Judge